## IN RE MATHEW D.*
### (AC 22006)

Lavery, C. J., and Dranginis and Bishop, Js.

Argued January 7—officially released February 12, 2002

Per Curiam. The judgment is affirmed.

## CHARLES J. MOZZOCHI v. JAMES HALLAS ET AL.
### (AC 21724)

Foti, Mihalakos and Flynn, Js.

Argued January 7—officially released February 12, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT v. ALONZO JACKSON
### (AC 21968)

Foti, Mihalakos and Flynn, Js.

Argued January 7—officially released February 12, 2002

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.